IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

BETTY S. STEPHENS,                          )
                                            )
          Plaintiff,                        )
                                            )        2:05-CV-01095-DRB
vs.                                         )        [wo]
                                            )
JO ANNE B. BARNHART                         )
COMMISSIONER OF SOCIAL SECURITY,            )
                                            )
          Defendant.                        )

**JUDGMENT**

In accordance with the Order entered this day granting the Defendant's motion to remand this case, pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings, it is hereby

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT,** pursuant to Rule 58 of the Federal Rules of Civil Procedure, be, and is hereby, entered in favor of Plaintiff, Betty S. Stephens, and against the Defendant, Commissioner of Social Security, and that this case be **REMANDED** to the Commissioner further consideration pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 5th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE