IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY S. STEPHENS, )<br>)<br>Plaintiff, )<br>) | Civil Action No. 2:05-cv-01095-DRB |
| vs. )<br>) | [wo] |
| JO ANNE B. BARNHART )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>) | |
| Defendant. ) | |

## ORDER ON MOTION

On May 5, 2006, this court entered a *Final Judgment* remanding this case to the Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42 U.S.C. §405(g). (Docs. 15 and 16). Submitted now is the Plaintiff's uncontested[1] *Application for Attorney Fee Under the Equal Access to Justice Act* filed on July 12, 2006 (Doc. 17).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412, Plaintiff seeks a total award of *$2,472.75* for attorney's fees to counsel of record, R. Michael Booker, at an hourly rate of $157.50.[2] The court finds that Plaintiff's motion is timely filed and that he is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the *Order* and *Judgment* filed May 5, 2006 the court remanded this case for further consideration

---

[1]The Commissioner "does not contest Plaintiff's Application" and "requests the Court award $2,472.75 in attorneys fees". *(Defendant's Response* , Doc. 19, filed July 18, 2006).

[2]Plaintiff's fee itemization reflects a total of 15.70 hours of services rendered between October 14, 2005 and July 11, 2006.

pursuant to *sentence four* of 42 U.S.C. §405(g).  Plaintiff has documented  increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this court that the Plaintiff's *Application for Attorney Fee Under the Equal Access to Justice Act* (Doc. 17) is **GRANTED** in the total amount of  *$2,472.75.*

DONE this 18th day of July,  2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED   STATES   MAGISTRATE   JUDGE